**Omar Arellano ZARATE, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–73083.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 24, 2016.*

Filed Feb. 29, 2016.

Joan Ivette Del Valle, Law Office of Joan Del Valle, Los Angeles, CA, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Colin J. Tucker, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Omar Arellano Zarate, a native of Mexico, petitions for review of the Board of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the BIA's factual findings, *Silaya v. Mukasey,* 524 F.3d 1066, 1070 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the BIA's denial of Arellano Zarate's CAT claim because he failed to establish it is more likely than not that he would be tortured. *See Zheng v. Holder,* 644 F.3d 829, 835–36 (9th Cir.2011). In light of our conclusion, we need not reach Arellano Zarate's contention regarding acquiescence.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.